**United States District Court**
For the Northern District of California

1  **FILED**

2  2007 OCT 17  AM 7: 06

3  RICHARD W. WIEKING
      CLERK
4  U.S. DISTRICT COURT
      NO. DIST OF CA

5

6              UNITED STATES DISTRICT COURT

7             NORTHERN DISTRICT OF CALIFORNIA

8

9  ANNIE R. SMITH,                        No.  C 07-04885 JCS CW

10              Plaintiff(s),          **DECLINATION TO PROCEED BEFORE**
                                       **A MAGISTRATE JUDGE**
11         v.                                      **AND**
                                       **REQUEST FOR REASSIGNMENT TO A**
12  U.S. DEPT. OF EDUCATION,           **UNITED STATES DISTRICT JUDGE**

13              Defendant(s).
                                    /
14

15      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

16      The undersigned party hereby declines to consent to the assignment of this case to a United

17  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

18  a United States District Judge.

19

20  Dated:  10/10/07                    Signature  Annie R. Smith

21                                      Counsel for  Pro se
22                                      (Plaintiff, Defendant, or indicate "pro se")

23

24

25

26

27

28