

Hunie Smith
5906 Barrington Dr.
Charlotte, NC 28215

Office of the Clerk
U.S. District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA 94612-5212