Case 4:07-cv-04885-CW    Document 10    Filed 01/14/2008    Page 1 of 1
Smith v. U.S. Dept of Ed, et al.,
No. C 07-04885CW

IN THE UNITED STATE'S DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA



FILED
JAN 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ANNIE R. SMITH )
Plaintiff(s), )
)
) No. C 07-04885CW
v. )
) NOTICE OF APPEAL
U.S. DEPARTMENT OF EDUCATION, et al., )
Defendant(s). )

Notice is hereby given that Annie R. Smith (plaintiff) in the above named case, hereby appeal to the United States Court of Appeals for the 9th Circuit from the Order entered in this action on the 11th day of December 2007.

Signed this 8th day of January 2008.

Annie R. Smith
5906 Barrington Drive
Charlotte, NC 28215