AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Annie R. Smith

Plaintiff

v.

U.S. Dept of Ed, et al.,

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: CV 07-04885 CW

FILED JAN 14 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

I, __Annie R. Smith__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☒ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____  Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Merita Bakery-Interstate Brands
    Retired July 15, 2005 $300 wk from: 301 I-85 South
    Charlotte, NC 28208

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends              ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☒ Yes    ☐ No
    d. Disability or workers compensation payments       ☐ Yes    ☐ No
    e. Gifts or inheritances                             ☐ Yes    ☐ No
    f. Any other sources                                 ☒ Yes    ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Monthly Pension: $1,100.00

Social Security: $700.00

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.   $750.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.

   A house in Charlotte, NC, approx. $96,000 with morgage.
   2000 Chevy Venture Van
   1999 Volkswagon Jetta Car
   2004 GMC Sierra

6. List the persons who are dependent on you for support, state your relationship to each person and in you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

Jan. 8-2008                      Annie R. Smyth
_____          _____
     Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall su stating all assets. In addition, a prisoner must attach a statement certified by the appropriate in showing all receipts, expenditures, and balances during the last six months in your institutional acc multiple accounts, perhaps because you have been in multiple institutions, attach one certified s account.